BURSOR & FISHER P.A.

1330 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
www.bursor.com

PHILIP L. FRAIETTA
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

May 22, 2025

***Via ECF***

The Honorable Pamela K. Chen
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Singleton et al v. Clean Rite Centers, LLC, 1:24-cv-06454-PKC-RML*; *Greene v. Clean Rite Centers, LLC et al, 1:22-cv-01750-PKC-RML*: Joint Letter Motion to Stay All Deadlines**

Dear Judge Chen:

Pursuant to Federal Rule of Civil Procedure 6(b) and Section 3.A of Your Honor's Individual Practices and Rules, Plaintiffs Renee Singleton, Dayaira Cedano, and Bertha Greene ("Plaintiffs") and Defendants Clean Rite Centers, LLC and Laundromax New England, LLC ("Defendants" and together with Plaintiffs, the "Parties") jointly move the Court to stay all deadlines in the above-captioned matters.

The Parties have met and conferred and are exploring resolution of these matters. We believe a strong mediator will assist the parties in this. Accordingly, the parties have selected the Honorable Wayne R. Andersen (ret.). and have scheduled their mediation for July 24, 2025 – his earliest availability. In order to conserve judicial resources and to allow the Parties to focus their efforts on resolution, the Parties request that the Court stay all case deadlines pending the mediation.

The Parties will submit a status report within five (5) business days following the conclusion of the mediation, or, July 29, 2025. Additionally, the Parties will meet and confer and submit a stipulation proposing a new case schedule if they are unable to resolve the matters. No party will be prejudiced if the Court grants this motion.

Dated: May 22, 2025

Respectfully submitted,
**BURSOR & FISHER, P.A.**

By: /s/ Philip L. Fraietta
Philip L. Fraietta

Philip L. Fraietta
Julian C. Diamond
1330 Avenue of the Americas, 32nd Floor

New York, NY 10019
Telephone: (646) 837-7011
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiff*

**PADUANO & WEINTRAUB LLP**

By: */s/ Katherine B. Harrison*
Katherine B. Harrison

Leonard Weintraub
Katherine B. Harrison
Rebecca R. Rosenthal
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Email: lw@pwlawyers.com
kh@pwlawyers.com
rr@pwlawyers.com

*Attorneys for Defendants*